# United States Bankruptcy Court
## Middle District of Pennsylvania

| | |
|---|---|
| In re <u>Colleen Richner</u>,<br><br>Debtor<br><br><u>Colleen Richner</u>,<br><br>Plaintiff<br><br><u>Ditech Financial, LLC</u>,<br><br>Defendant | Case No.<br><u>5:12-bk-02881-JJT</u><br><br>Chapter<br><u>13</u><br><br>Adv. Proc. No.<br><u>5:17-ap-00164-JJT</u> |

### **Plaintiff's Motion to Strike**

Plaintiff respectfully asks the Court to strike, with leave to re-plead, certain paragraphs from Defendant's Answer (Doc. 10) on the basis that the defenses are "insufficient" as described in Fed. R. Civ. P. 12(f), which rule is made applicable here by Bankr. Rule 7012(b). Specifically, Plaintiff asks that the following paragraphs be stricken: 1, 8 – 10, 13 – 25, 27, 28, 30, 31, 33 – 35, 37 – 39, 41 – 43, and 61 – 67. Those defenses are insufficient because they fail to satisfy the requirement of Bankr. Rule 7008(a) and Fed. R. Civ. P. 8 that Defendant: admit the allegations, deny the allegations, or state that Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation.

Plaintiff's brief in support will be filed within fourteen days.

s/ Carlo Sabatini
Carlo Sabatini, Attorney for Plaintiff
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512
Phone (570) 341-9000
Facsimile (570) 504-2769
Email ecf@bankruptcypa.com
Bar Number PA 83831

## Certificate of Service

Defendant is being served through the CM/ECF system.

s/ Carlo Sabatini<br>Carlo Sabatini